# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Pulliam Construction Company, Inc. ) ASBCA Nos. 58523, 58524, 58525
) 58526, 58527, 58528
) 58529, 58530
)
Under Contract No. N62473-06-D-1017 )

APPEARANCE FOR THE APPELLANT: Thomas M. Finrow, Esq.
The Law Firm of Thomas M. Finrow
La Mesa, CA

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Genifer M. Tarkowski, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.

The appeals are dismissed with prejudice.

Dated: 5 February 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58523, 58524, 58525, 58526, 58527, 58528, 58529, 58530, Appeals of Pulliam Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals